David V. Balakian, SBN 166749
**BALAKIAN LAW OFFICES**
2014 Tulare Street, Suite 210
Fresno, CA 93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net.net

Attorney for Defendant, **MANUEL MACIEL**

1
2
3
4
5
6
7

8                **UNITED STATES DISTRICT COURT**

9                **EASTERN DISTRICT OF CALIFORNIA**

10
11

| | |
|---|---|
| UNITED STATES OF AMERICA,) | **Case No. 1:13 CR 00401 AWI BAM** |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **TO MODIFY CONDITIONS OF RELEASE** |
| vs. ) | |
| ) | |
| MANUEL MACIEL, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

      THE PARTIES HEREBY STIPULATE AND AGREED that the following four properties shall be allowed as collateral to secure defendant's release. This will be a secured bond of ALL the equity in all four properties, and shall not be less than $500,000.00.

      The owners and property addresses are as follows:

1.    Norma Mendoza Guillen, 1014 S. McLean Drive, Santa Ana, CA 92704;

2.    Mary Cruz Moreno, 12461 Morrie Lane, Garden Grove, CA

1    92840;

2    3.    Maria Del Socorro Ramos & Kevin Irving Prado, 26521 Via

3          Gorrion, Mission Viejo, CA 92691; and

4    4.    Basilio Prado, 2426 West California Street, Santa Ana, CA

5          92704.

6    Pretrial services has contacted the owners and is agreeable to

7    this request. All other orders and release conditions shall remain

8    in full force and effect.

9

10   Dated: December 4, 2013.          /s/ DAVID BALAKIAN
                                        David Balakian,
11                                      Attorney for Defendant,
                                        MANUEL MACIEL
12

13   Dated: December 4, 2013.          /s/ LAUREL MONTOYA
                                        Laurel Montoya,
14                                      Assistant U.S. Attorney.

15                                      Stipulation has been agreed to
                                        by Ms. Montoya.
16

17   IT IS SO ORDERED.

18   Dated:   **December 4, 2013**
                                        _____
19                                      UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28